## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Robert William Woodard, | ) | Case No 16-90899 |
| Debtor(s). | ) | |
| | ) | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES PNC Bank, National Association, (hereinafter referred to as "Movant"), by its attorneys, Heavner, Beyers & Mihlar, LLC, and for its Motion for Relief from Automatic Stay, states:

1. Movant is the owner of a Mortgage and Note executed on June 11, 2009, in the amount of $207,824.00. Said Mortgage was recorded June 17, 2009, in the Recorder's Office of Douglas County, Illinois, as Document No. 259268, on real estate legally described on the attached document.

   Commonly known as: <u>1476 E County Road 800 North, Tuscola, Illinois 61953</u> ("Real Estate").

2. Said Mortgage is a valid mortgage lien on the above-described Real Estate. A true copy of the Mortgage and Note are attached hereto, made a part hereof, and marked as Exhibit "A" and Exhibit "B", respectively.

3. Debtor is the owner of said Real Estate and said Real Estate was included in Debtor's Chapter 13 Bankruptcy Plan.

4. That Debtor is currently in default under the terms of the above described Mortgage and Note in that he has not paid his monthly post-petition payments due for the months of November 2016 through January 2017. Debtor's current delinquency on the mortgage is over $5,190.98, which includes the attorneys' fees of $850.00 and costs of $181.00 incurred herein, less funds in suspense in the amount of $1,558.26.

5. That the total amount owed by Debtor on said mortgage to Movant is in excess of $211,894.51. The Real Estate, which is pledged as security for said debt, has an estimated market value of less than $212,500.00.

6. Movant is not adequately protected.

WHEREFORE, Movant, prays for an order terminating the automatic stay in this cause as it applies to PNC Bank, National Association, its successors and assignees, and for an Order waiving the 14-day stay described by Bankruptcy Rule 4001 (a)(3).

PNC Bank, National Association,

By: _____*/s/ Amanda J. Doyle*_____
Heavner, Beyers & Mihlar, LLC
one of its attorneys

-2-
## PROOF OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on January 13, 2017, and that she has determined that the following person(s) are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

    Paul R Cole, Debtor's Attorney
    Cristina M Manuel, Debtor's Attorney
    Marsha L Combs-Skinner, Trustee
    U.S. Trustee

                                                        /s/ Amanda J. Doyle
                                                        Amanda J. Doyle

## PROOF OF SERVICE

I certify on January 13, 2017, at 5:00 p.m., I deposited a copy of the foregoing in a U.S. Post Office Box, Decatur, Illinois, enclosed in an envelope with proper postage pre-paid, addressed to the following in the manner set forth:

    Robert William Woodard
    1476 E County Road 800 North
    Tuscola, IL 61953

    Jennifer Woodard
    1476 E County Road 800 North
    Tuscola, IL 61953

                                                        /s/ Amanda J. Doyle
                                                        Amanda J. Doyle

HEATHER M. GIANNINO (#6299848)
AMANDA J. DOYLE (#6320552)
ZHIQI WU (#6324870)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Post Office Box 740
Decatur, Illinois 62525-0740
Phone: (217) 422-1719

-3-

**This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.**

## NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Beyers & Mihlar, LLC, 111 East Main Street, Decatur, Illinois 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.