UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                )
                                      )
ROBERT WILLIAM WOODARD,               )        No. 16-90899
                                      )        Chapter 7
          Debtor.                     )

## NOTICE OF APPLICATION TO EMPLOY ATTORNEYS

Jeffrey D. Richardson, Chapter 7 Trustee, has filed an Application to Employ Attorneys where he proposes to hire himself and his associates, Andrew S. Erickson and Laura E. Richardson, as attorneys.  The Trustee proposes to pay his aforesaid attorneys a contingency fee of one-third of any amount recovered, plus expenses, either through settlement or litigation of any bankruptcy adversary causes of action, which arise under Sections 547 and 548 of the United States Bankruptcy Code and fraudulent conveyance actions under Section 544, with no fees but expenses to be paid absent a recovery.  The Trustee proposes to pay $275.00 an hour as an hourly rate for Jeffrey D. Richardson, $225.00 an hour for Andrew S. Erickson and $225.00 an hour for Laura E. Richardson, plus expenses for all other legal work which an attorney might perform for the Trustee through adversary proceedings or contested matters.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the application, or if you want the Court to consider your views on the application, then on or before April 2, 2018, you or your attorney must:

File with the Court a written request for a hearing, or if the Court requires a written response, an answer, explaining your position at:  U.S. Courthouse, 201 South Vine Street, Room 203, Urbana, IL 61802.

If you mail your request or response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:  Jeffrey D. Richardson, Chapter 7 Trustee, 132 S. Water St., Suite 444, Decatur, IL  62523; and

Ms. Cristina M. Manuel, Manuel & Associates, P. O. Box 691, Urbana, Il 61803.

Go to **www.ilcb.uscourts.gov** for information regarding this Court's **mandatory** electronic filing policy.

2

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.


Dated: March 19, 2018                              /s/ Jeffrey D. Richardson
                                                   JEFFREY D. RICHARDSON
                                                   Chapter 7 Trustee
                                                   Registration No. 02330067
                                                   132 South Water Street, Suite 444
                                                   Decatur, IL  62523
                                                   Tel: 217/425-4082
                                                   E-mail: jdrdec@aol.com


CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on March 19, 2018 and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Mr. Cristina M. Manuel


                                                   /s/ Jeffrey D. Richardson