UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                  )
                                        )
ROBERT WILLIAM WOODARD,                 )        No. 16-90899
                                        )        Chapter 7
         Debtor.                        )

## MOTION FOR BANKRUPTCY RULE 2004 EXAMINATION

NOW COMES Jeffrey D. Richardson, Chapter 7 Trustee, and for his Motion respectfully states as follows:

1.  The Debtor, Robert William Woodard, filed his voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on September 12, 2016.

2.  The case was ultimately converted to a Chapter 7 bankruptcy case, and I now serve as the Debtor's Chapter 7 bankruptcy Trustee.

3.  At the time the Debtor filed his bankruptcy case, the Debtor was the plaintiff in certain Coles County litigation, which he did not schedule as an asset.

4.  The Debtor received his Chapter 7 discharge on January 29, 2018.

5.  After the entry of the Debtor's discharge, the defendant in that Coles County case moved to dismiss the personal injury case and has argued various reasons why the Debtor should be judicially estopped from proceeding with the case.

6.  As Trustee, it is my request to examine the Debtor more fully concerning his aforesaid conduct.

WHEREFORE, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that the Court authorize the Bankruptcy Rule 2004 examination of the Debtor, Robert William Woodard.

2

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL  62523
Tel: 217/425-4082
E-mail: jdrdec@aol.com

CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on March 22, 2018 and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Ms. Cristina M. Manuel

/s/ Jeffrey D. Richardson