Form 2004exm

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:* Robert William Woodard
*Debtor*

*Case No.:* 16–90899

*Chapter:* 7

---

## OBJECTION DATE NOTICE RE: MOTION FOR RULE 2004 EXAMINATION

**Notice is hereby provided:**

On 3/22/2018, Trustee Jeffrey D. Richardson , filed a Motion for Rule 2004 Examination of Robert William Woodard.

This pleading may be viewed in the Bankruptcy Clerk's Office during regular business hours or on PACER (Public Access to Court Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position. You must also serve a copy on interested parties and file a proof of service with the court.

If no written objections are filed with this Court by **4/8/18** , an Order will be entered granting the Motion and requiring the parties to agree on a time and place for the Rule 2004 examination to be held within 30 days of the entry of the order granting the Motion. If the parties are unable to agree on a time and place for the Rule 2004 examination, or if the examinee is unwilling to be examined, the Court will hold a hearing at which the Court will consider sanctioning any party for willful noncompliance with an Order of this Court.

Dated: 3/22/18

　　　　　　　　　　　　　　　　　　　　　　　　　　__/S/   Adrienne D. Atkins__
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.