**IT IS SO ORDERED.**

**SIGNED THIS: April 3, 2018**

*[signature: Mary P. Gorman]*

**Mary P. Gorman**
**United States Chief Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT WILLIAM WOODARD, | ) | No. 16-90899 |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER**

Now this cause coming on to be heard upon the Trustee's Application to Employ Attorneys (Doc. 130); and the Court having reviewed and considered the Application FINDS that the Application should be allowed in the manner hereinafter set forth.

IT IS THEREFORE ORDERED that:

1. The Trustee's Application to employ Jeffrey D. Richardson and his associates, Andrew S. Erickson and Laura E. Richardson, on a contingency fee is ALLOWED only for the purpose of pursuing preferences and fraudulent conveyance actions on a contingency fee basis.

2. All other attorney's fees related to adversary actions are to be charged at the hourly rates set forth in the Application unless this Order is modified by a subsequent motion duly made by the Trustee.

2

3. All attorney's fees are subject to Court approval.

###