UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT WILLIAM WOODARD, | ) | No: 16-90899 |
| | ) | Chapter 7 |
| Debtor. | ) | |

**PETITION FOR ADJUDICATION OF CONTEMPT AGAINST RESPONDENTS,
<u>ROBB J. PERRY AND LINDA S. PERRY, BRIAN O. WATSON AND ERICH P. NATHE</u>**

NOW COMES Jeffrey D. Richardson, Chapter 7 Trustee, and for his Petition respectfully states as follows:

1. The Debtor, Robert William Woodard, filed his Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on September 12, 2016.

2. The case was assigned to the Chapter 13 Trustee Marsh Combs-Skinner.

3. Prior to filing his bankruptcy case, the Debtor sustained injuries on or about October 31, 2012 at the premises which he claims was owned and operated by the Respondents herein, Robb J. Perry and/or Linda S. Perry in Mattoon, Illinois.

4. Also prior to filing this bankruptcy case, the Debtor filed suit against Robb J. Perry and Linda S. Perry in the Circuit Court of the Coles County, Illinois on January 20, 2016 in Case No. 2016-L-14 alleging damages for his injuries in excess of $50,000.00. A copy of the Debtor's Complaint is attached hereto as Exhibit "A" and is incorporated herein by reference.

5. The Coles County lawsuit was filed by the Debtor's attorneys, Frederick & Hagle of Urbana, Illinois.

6. The Debtor's Chapter 13 Petition and Schedules do not disclose the Coles County

2

lawsuit as an asset.

7. This bankruptcy case was converted to a Chapter 7 case on September 21, 2017 and I was appointed the Debtor's Chapter 7 Trustee.

8. Following the Debtor's Chapter 7 first meeting of creditors on November 17, 2017 in Paris, Illinois where the Debtor did disclose the lawsuit to me, I contacted attorney Pat Hanlon at Frederick & Hagle and later made the determination on whether to administer the Coles County lawsuit.

9. Thereafter, I filed an Application to Employ Mr. Hanlon and his firm on January 26, 2018 (Doc. 119) and that Application was granted by the Court in an Order entered by this Court on February 12, 2018 (Doc. 123).

10. On February 16, 2018, the Respondents, Robb J. Perry and Linda S. Perry filed a Motion for Summary Judgement seeking dismissal of the Coles County case in its entirety. A copy of that Motion for Summary Judgment is attached hereto as Exhibit "B" and is incorporated herein by reference.

11. Among other matters, the Respondents Perry, through their attorneys, Brian O. Watson and Erich P. Nathe, allege as undisputed facts to the State Court that this Court confirmed the Chapter 13 Plan "based upon Mr. Woodard's false statements under oath". (Motion par. 7) and that "[o]n January 26, 2018, the United States Bankruptcy Court of the Central District of Illinois entered a discharge based upon Mr. Woodard's false statements under oath". (Motion par. 9)

12. The Respondents continue to pursue their Motion for Summary Judgment despite being notified of the bankruptcy and notice of my opposition and insistence that they can only do so if stay relief is sought and allowed by this Court.

3

13. The Respondents are in contempt of this Court and should be sanctioned by this Court.

WHEREFORE, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that:

1. That each of the Respondents each be held in civil contempt of this Court for violation of the automatic stay.

2. That the Court make such Orders that are appropriate and just to remedy the violation of the stay.

3. That the Respondents be sanctioned by the Court, including assessment of attorneys fees and any damages incurred by the bankruptcy estate under 11 U.S.C. §105(a) and 11. U.S.C. §362(k).

4. The costs of this contested proceeding be assessed against the Respondents.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082

CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on April 18, 2018 and that he has determined that the following persons are registered with the Court for electronic filing, and therefore, will be sent a copy of the pleading by the Court:

U.S. Trustee
Ms. Alyssa Marryn Delatte
Ms. Cristina M. Manuel

4

Mr. David R. Moore
Mr. Evan Lincoln Moscov
Ms. Amanda Wiese

/s/ Jeffrey D. Richardson

CERTIFICATE OF SERVICE

I certify that on April 18, 2018, at 5:00 p.m., I caused to be deposited a copy of the foregoing in a U.S. Post Office box at Millikin Court, 132 South Water Street, Decatur, Illinois enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

Robb J. Perry, Respondent
1593 East County Road 250 North
Mattoon, IL 61938

Linda S. Perry, Respondent
1593 East County Road 250 North
Mattoon, IL 61938

Brian O. Watson
Attorney for Respondents
Three First National Plaza
70 W. Madison St., Suite 2900
Chicago, IL 60602

Erich P. Nathe
Attorney for Respondents
Three First National Plaza
70 W. Madison St., Suite 2900
Chicago, IL 60602

/s/ Jeffrey D. Richardson