Form ntchrgBK

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*   Robert William Woodard    *Case No.:* 16–90899
 *Debtor*

 *Chapter:* 7

---

***PLEASE TAKE NOTICE*** that a Hearing will be held at

  U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

  on 5/2/18 at 10:00 AM

to consider and act upon the following:

Trustees Petition for Adjudication of Contempt against respondents Robb J Perry, Linda S. Perry, Brian O. Watson and Erich P. Nathe and any objections thereto.

Dated: 4/18/18

  /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

  Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.