UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                      )
                                            )
ROBERT WILLIAM WOODARD,                     )     No: 16-90899
                                            )     Chapter 7
         Debtor.                            )

CERTIFICATE OF SERVICE

    I certify that on April 18, 2018, at 5:00 p.m., I caused to be deposited a copy of the Hearing Set re: Motion for Contempt (Doc. 140) in a U.S. Post Office box at Millikin Court, 132 South Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

| | |
|---|---|
| Robb J. Perry, Respondent<br>1593 East County Road 250 North<br>Mattoon, IL 61938 | Linda S. Perry, Respondent<br>1593 East County Road 250 North<br>Mattoon, IL 61938 |
| Brian O. Watson<br>Attorney for Respondents<br>Three First National Plaza<br>70 W. Madison St., Suite 2900<br>Chicago, IL 60602 | Erich P. Nathe<br>Attorney for Respondents<br>Three First National Plaza<br>70 W. Madison St., Suite 2900<br>Chicago, IL 60602 |

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082
Email: jdrdec@aol.com